# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**LAURA A. ELROD**                                                                                       **PLAINTIFF**

**V.**                                    **CASE NO. 5:22-CV-5222**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                    **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED AND ADJUDGED** on this 8th day of June, 2023.

                                                                    */s/ Timothy L. Brooks*
                                                                    TIMOTHY L. BROOKS
                                                                    UNITED STATES DISTRICT JUDGE